Wilmer J. Harris, SBN 150407
wharris@sshhzlaw.com
Amanda E. Johnson, SBN 342500
ajohnson@sshhzlaw.com
**SCHONBRUN SEPLOW HARRIS HOFFMAN & ZELDES LLP**
715 Fremont Avenue, Suite A
South Pasadena, CA. 91030
Telephone: (626) 441-4129
Facsimile: (626) 283-5770

*Attorneys of Plaintiffs Naum Voloshin,
Andrey Novikov, and Alexander Voloshin*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Naum Voloshin, Andrey Novikov, and Alexander Voloshin,<br><br>Plaintiffs,<br><br>vs.<br><br>Innovative Payment Solutions, Inc., William Corbett, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:23-cv-4515-JFW (PVCx)<br><br>**NOTICE OF LODGING OF PLAINTIFFS' PROPOSED STATEMENT OF DECISION**<br><br>**Date:** January 8, 2024<br>**Time:** 1:30 p.m.<br>**Place:** Courtroom 7A<br>**Judge**: Hon. John F. Walter<br><br>Complaint Filed: 06/08/2023<br>Trial Date:          08/06/2024 |

1  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2  **PLEASE TAKE NOTICE**, pursuant to Rule 5(f) of the Court's standing

3  order, Plaintiffs Naum Voloshin, Andrey Novikov, and Alexander Voloshin

4  (collectively, "Plaintiffs") hereby lodge Plaintiffs' Proposed Statement of Decision

5  Denying Defendants' Motion for Stay of Proceedings, ECF No. 34.

DATED: December 27, 2023       SCHONBRUN SEPLOW HARRIS
                                HOFFMAN & ZELDES LLP

                                       */s/ Amanda E. Johnson*
                                By: _____
                                    Wilmer J. Harris
                                    Amanda E. Johnson
                                    *Attorneys for Plaintiffs*

---

NOTICE OF LODGING OF PLAINTIFFS' PROPOSED STATEMENT OF DECISION

2